wagon and tried to stop his horses, but they continued running for a considerable distance and ultimately he was thrown out of the wagon and received the injuries for which an award of compensation has been made.

*Walter L. Glenney* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., McLaughlin, Crane, Andrews and Lehman, JJ. Dissenting: Cardozo and Pound, JJ.

---

In the Matter of the Claim of Rose Newman, Respondent, against American Fruit Growers, Inc., et al., Appellants.

State Industrial Board, Respondent.

*Workmen's compensation — master and servant — salesman injured through crate falling on foot crushing a toe — death from gangrene.*

*Newman* v. *American Fruit Growers, Inc.*, 215 App. Div. 738, affirmed.

(Argued March 29, 1926; decided April 7, 1926.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 18, 1925, modifying and affirming as modified an award of the State Industrial Board made under the Workmen's Compensation Law. The business of the employer was that of produce commission. The occupation of the employee that of salesman. While in the course of his employment the latter was injured by the falling of a crate of celery on his foot crushing one of his toes. Gangrene subsequently set in causing death.

*Edward P. Lyon* and *Alfred W. Andrews* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.